# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

In The Matter Of:                                )
                                                 )   Case Number 19-42329-659
Matthew Robert Latimer                           )
Mary E Latimer                                   )
                                                 )   Chapter 13
    Debtors,                                     )
                                                 )
Home Point Financial Corporation                 )
                                                 )
    Creditor,                                    )
                                                 )

## **MEMORANDUM**

COMES NOW Home Point Financial Corporation, by and through its Attorney and hereby withdraws its Objection to Confirmation without prejudice.


Dated July 16, 2019


Respectfully Submitted:
Millsap & Singer, LLC

*/s/ Holli E. Dethrow*
Cynthia M. Kern Woolverton, #47698, #47698MO
Stewart C. Bogart, #67956, #67956MO
Muhammad Esa Ahmed, #70619, #70619MO
Holli E. Dethrow, #70649, #70649MO
Christopher D. Lee, #63024, #63024MO
Attorneys for Movant
612 Spirit Drive
St. Louis, MO
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bkty@msfirm.com

Attorneys for Home Point Financial Corporation



1                                    MS 197598.399486 BK

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document was filed electronically on July 16, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Holli E. Dethrow*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

Tobias Licker

Diana S. Daugherty

Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

Matthew Robert Latimer
Mary E Latimer
112 Driftwood Circle
Imperial, MO 63052



2                                           MS 197598.399486 BK